IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW BOIYWO**                                                                                    **PLAINTIFF**

**v.**                        **CASE NO. 4:25-MC-00011-BSM**

**DEPARTMENT OF DEFENSE**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE